WALTER MORRIS v. STATE.

No. A-2459.   Opinion Filed May 26, 1917.

(165 Pac. 742.)

*Appeal from County Court, Beaver County;*

*John A. Spohn, Judge.*

Walter Morris was convicted of petty larceny, and appeals. Affirmed.

R. H. Loofbourrow, for plaintiff in error.

R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error, Walter Morris, was convicted at the March, 1915, term of the county court of Beaver county on a charge of petty larceny and his punishment fixed at a fine of $10.

Upon a careful examination of the record, we find no error sufficient to warrant a reversal of the judgment.   It is therefore affirmed.

---

TOM TRAMMELL v. STATE.

No. A-2481.   Opinion Filed May 26, 1917.

(165 Pac. 742.)

*Appeal from County Court, Kiowa County;*

*J. S. Carpenter, Judge.*

Tom Trammell was convicted of violating the prohibitory law, and appeals.   Affirmed.

O. J. Logan, for plaintiff in error.

R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM.   The plaintiff in error, Tom Trammell, was convicted at the April, 1915, term of the county court of Kiowa county, charged with having unlawful possession of intoxicating liquor with intent to sell the same, and his punishment fixed at a fine of $50 and imprisonment in the county jail for 30 days.

A careful examination of the briefs and record in this case discloses no error which would justify a reversal of the judgment.   It is therefore affirmed.